# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHRISTOPHER A. LEIPHART,
Individually and as Natural Father
and Custodial Guardian of SDJL, a Minor,

     Plaintiffs,

v.                                                         Case No. 3:25cv602-MCR-HTC

DENISE CONLEY,

     Defendant.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 12, 2025 (ECF No. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED because: (1) Leiphart cannot bring claims on behalf of his son; (2) the Court cannot issue injunctive relief in the absence of a properly-filed complaint; and (3) the *Younger* doctrine bars this Court from interfering with the ongoing state dependency proceedings.

3.      The clerk is instructed to close the file.

**DONE AND ORDERED** this 22nd day of July 2025.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**